```
 1  Martha G. Bronitsky
    Chapter 13 Standing Trustee
 2  Po Box 5004
    Hayward,CA 94540
 3  (510) 266- 5580
 4
    Trustee for Debtor(s)
 5
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Antonio P Aranzamendez<br>Flordeliza M Aranzamendez<br><br>Debtor(s) | Chapter 13 Case Number:<br>16-40951-CN 13 |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT**

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing this case pursuant to 11 U.S.C. Section 1307(c)(6) upon the grounds that the debtor(s) is in material default for the following reasons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of November 05, 2018 you should have paid a total of $26,392.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $3,096.00. The default amount includes the current's month payment regardless of the day of the month your payment is due. If your monthly due date falls after the 21 day notice period, you will still have until your due date to make the current month's payment.

2. TO AVOID DISMISSAL

   Within 21 days of this notice, YOU MUST (a) bring the case current (payment must be <u>received</u> by the Trustee within 21 days); or (b) file and serve a motion to modify plan/amended plan (as applicable) to bring your case current; or (c) file an opposition/request for hearing detailing why the case should not be dismissed stating specific actions you have taken to resolve the delinquency.

Page 1 of 3

You should contact your attorney immediately to advise you of your legal options.

If you do not take timely action, YOUR CASE WILL BE DISMISSED WITHOUT ANY FURTHER NOTICE OR HEARING.

PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(3)(A) NOTICE IS HEREBY GIVEN: Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party with 21 days of the mailing of notice; any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely obejction to the requested relief or a request for hearing, the court may enter an order granting relief by default.

In the event of a timely objection or request for hearing, (either): the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or the tentative hearing date, location, and time are "n/a".

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 05, 2018         /s/ Martha G. Bronitsky
                                 Signature of Martha G. Bronitsky
                                 Chapter 13 Standing Trustee

|  |  |
|---|---|
| In re<br>　　Antonio P Aranzamendez<br>　　Flordeliza M Aranzamendez<br>　　　　　　debtor(s) | Chapter 13 Case No. 16-40951-CN<br>13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

|  |  |
|---|---|
|  | Nathan D Borris Atty<br>1380 A Street |
| Antonio P Aranzamendez<br>Flordeliza M Aranzamendez<br>101 Tierney Place<br>Martinez,CA 94553 | Hayward,CA 94541<br><br>(Counsel for Debtor) |
| (Debtor(s)) |  |

I delcare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

| Date: November 05, 2018 | /s/ CHRISTIE PINEDA |
|---|---|
|  | CHRISTIE PINEDA |